# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2834

———————————————

ROBERT M. ROGERS and JACKIE
H. ROGERS,

    Petitioners,

    v.

IQ FIBER, LLC,

    Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

March 6, 2026

PER CURIAM.

    DENIED.

RAY, KELSEY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Timothy J. Perry of Gardner, Bist, King, and Wood, Tallahassee, for Petitioners.

Albert Evan Dix of Hill, Ward and Henderson, P.A., Tampa, for Respondent.